IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII FOREST & TRIAL, LTD, ) | CIV. NO. 07-00538 HG-BMK |
| ) | |
| Plaintiff, ) | ORDER ADOPTING |
| ) | MAGISTRATE'S FINDINGS AND |
| vs. ) | RECOMMENDATION (Doc. 165) |
| ) | THAT PLAINTIFF'S MOTION |
| TOM DAVEY; DAVEY COACH ) | FOR DETERMINATION OF GOOD |
| SALES INCORPORATED; FORD ) | FAITH SETTLEMENT WITH |
| MOTOR COMPANY; KLAM ) | FORD MOTOR COMPANY AND |
| AMERICA; PENNTEX ) | PENNTEX INDUSTRIES, INC. |
| INDUSTRIES, INC.; TURTLE ) | (Doc. 125) BE GRANTED |
| TOP; DOE DEFENDANTS 1-20 ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| TOM DAVEY; DAVEY COACH ) | |
| SALES INCORPORATED, ) | |
| ) | |
| Counterclaimants, ) | |
| ) | |
| vs. ) | |
| ) | |
| HAWAII FOREST & TRAIL ) | |
| LTD., ) | |
| ) | |
| Counterclaim ) | |
| Defendant. ) | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION (Doc. 165) THAT PLAINTIFF'S
MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT WITH
FORD MOTOR COMPANY AND PENNTEX INDUSTRIES, INC. (Doc.
125) BE GRANTED

Findings and Recommendation having been filed and

served on all parties on April 16, 2009, and no

objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation, Doc. No. 165, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 18, 2009.



/S/ Helen Gillmor
_____
Helen Gillmor
Chief United States District Judge

cc:all parties of record